# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ARMANDO SERRANO-COLON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0540

———————————————

June 17, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.